|  |  |
|---|---|
| Motion Date: | January 30, 2020 |
| Motion Time: | 10:00 a.m. |
| Place of Motion: | Bankruptcy Court Syracuse, N.Y. |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

BIG RED BULLET LLC,

      Debtor.

Case No. 19-31087-5-mcr

Chapter 7

### MOTION FOR RELIEF FROM AUTOMATIC STAY LIMITED TO DEBTOR'S INSURACE COVERAGE FOR PERSONAL INJURY CLAIMS PURSUANT TO 11 U.S.C. § 362(d)(1) AND <u>LOCAL BANKRUPTCY RULE 4001-1</u>

| | |
|---|---|
| **PLEASE TAKE NOTICE OF MOTION BY:** | WHITELAW & FANGIO<br>Attorneys for Alamelu Velappan Subramanian and Murugappan Arunachalam Annamalai |
| **DATE TIME AND PLACE OF MOTION** | **January 30, 2020, 10:00 a.m.**<br>United States Bankruptcy Court<br>James M. Hanley U.S. Courthouse<br>   and Federal Building<br>100 South Clinton Street<br>Syracuse, New York  13261 |
| **SUPPORTING PAPERS** | Motion for Relief from Automatic Stay Pursuant to 11 U.S.C. §362(d)(1) and Local Bankruptcy Rule 4001-1 |

**OBJECT OF MOTION:**         **RELIEF FROM AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(d)(1) AND RULE 4001-1 OF THE LOCAL BANKRUPTUCY RULES FOR THE NORTHERN DISTRICT OF NEW YORK**

**IF YOU INTEND TO OPPOSE THIS MOTION, WRITTEN OPPOSITION MUST BE FILED WITH THE CLERK OF THE COURT AND SERVED ON MOVANT'S COUNSEL AT LEAST SEVEN (7) DAYS PRIOR TO THE RETURN DATE. IF YOU DO NOT FILE AND SERVE WRITTEN OPPOSITION, NO HEARING WILL BE HELD ON THE RETURN DATE AND THE COURT MAY GRANT THE MOTION AS UNOPPOSED.**

**DATED:    January 6, 2020**

_[signature]_
MARY LANNON FANGIO, ESQ.
**Whitelaw & Fangio**
Attorneys for Alamelu
Velappan Subramanian and
Murugappan Arunachalam
Annamalai
247-259 W. Fayette St.
Syracuse, New York 13202
Telephone (315) 472-7832
Telefax (315) 472-7816
Email: mary@fangiolaw.com

**TO:**                     **BY FIRST CLASS MAIL**

BIG RED BULLET LLC
1321 UPLAND DRIVE PMB 11203
HOUSTON TEXAS 77043

MAXSEN D. CHAMPION, ESQ.
8578 EAST GENESSEE STREET
FAYETTEVILLE, NEW YORK 13066

WILLIAM J. LEBERMAN, ESQ., TRUSTEE
ONE LINCOLN CENTER
110 WEST FAYETTE STREET

SUITE 720
SYRACUSE, NEW YORK 13202

OFFICE OF THE U.S. TRUSTEE
ALEXANDER PIRNIE FED. BLDG.
10 BROAD STREET-ROOM 105
UTICA, NEW YORK  13501


Copy by ECF to registered users.