So Ordered.

Signed this 6 day of February, 2020.

_____
Margaret Cangilos-Ruiz
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | |
| **BIG RED BULLET LLC,** | Case No. 19-31087-5-mcr |
| **Debtor.** | Chapter 7 |

**ORDER ON MOTION TO LIFT THE AUTOMATIC STAY**

Upon the Notice of Motion of Ms. Alamelu Velappan Subramanian and Mr. Murugappan Arunachalam Annamalai ("Movants") to lift the Automatic Stay pursuant to 11 U.S.C. §362(d) to allow Movants to continue to prosecute a personal injury action pending in the United States District Court for the Middle District of Pennsylvania, Case No.3:19-CV-01881-RDM (the "District Court Litigation") to the extent of insurance coverage dated January 6, 2020 (Notice), the Motion for Relief From Automatic Stay Limited to Debtor's Insurance Coverage for Personal Injury Claims Pursuant to 11 U.S.C. § 362(d)(1) and Local Bankruptcy Rule 4001-1 dated January 6, 2020 (Motion), and the Certificate of Service dated January 7, 2020, showing service of the Notice and Motion by

first class mail on the Debtor, Debtor's counsel, the Chapter 7 Case Trustee, and the Office of the United States Trustee, and the matter having come on for a hearing on January 30, 2020, and the Court finding that the Notice contains the default language contained in Local Rule 9013-3 so that no hearing will be held if no timely opposition is filed to the Motion, and no timely opposition having been filed to the Motion, after due deliberation it is hereby

**ORDERED** that relief from the automatic stay be and hereby is **GRANTED**, and it is further,

**ORDERED** that the automatic stay be and hereby is lifted pursuant to 11 U.S.C. § 362 so that the Movants may continue to pursue the District Court Litigation to permit them to establish liability against the Debtor as a predicate to recovering from Debtor's Insurers, with damages to be limited to the coverage under the Debtor's applicable insurance policies as set forth in the Motion.

# # #